**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Leanne Hankes, et al.

Plaintiff,

v.

Case No.: 1:20−cv−04989
Honorable Keri L. Holleb Hotaling

Krapils, The Great Steak, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 11, 2024:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: Final approval hearing held in open court on 6/11/2024. For the reasons stated on the record, final approval of the settlement agreement [Dkt. [106] is granted. Class counsel's unopposed petition for approval of attorneys' fees, costs, and service award to the class representative [Dkt. [107] is granted. Enter Order granting final approval. The case is hereby dismissed without prejudice to convert to prejudice once the parties file a notice with the Court that the final settlement payments have been made. The Court hereby sets a telephonic status call for case tracking purposes on 10/8/2024 at 10:00 a.m. The call−in information is 888−684−8852 and the passcode is 3214701. The parties may file their notice of final payment at any time before this date and the Court will then effectuate the dismissal with prejudice and strike the telephonic hearing. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.